UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARK ANTHONY AGARD, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> JUDGE BAREFOOT SANDERS, ET AL., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br><br> 3:06-CV-1129-G <br><br> **ECF** |

## ORDER

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the court accepts the findings, conclusions and recommendation of the United States Magistrate Judge.

**SO ORDERED**.

July 31, 2006.

_____
A. JOE FISH
CHIEF JUDGE